422 A.2d 1171

Commonwealth v. Fells, Appellant.

Submitted April 12, 1979.   Paulette J. Balogh, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgments of sentence affirmed.

CERCONE, P. J., concurred in the result.